**DECLARATION IN SUPPORT OF MOTION TO REOPEN CASE**

I, Courtney Williams Stork, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the Plaintiff in the above-captioned case.
2. This case was filed under 42 U.S.C. § 1983 to address violations of my constitutional rights that occurred while I was incarcerated at Mike Durfee State Prison.
3. The case was dismissed without prejudice for failure to prosecute. At that time, I lacked full understanding of the legal process and had limited access to legal materials.
4. My failure to prosecute was not intentional or disrespectful toward the Court but due to circumstances beyond my control.
5. I am now in a position to properly pursue this case and comply with all deadlines and requirements.
6. I respectfully request that the Court reopen my case so that my claims can be heard on their merits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _16_ day of _Oct_, 2025, at _Sioux Falls, SD_ (City, State).

Signature: _Courtney Stork_
Courtney Williams Stork, Plaintiff Pro Se
612 5th St SW
Watertown, SD 57201
605-630-4466
1580storkbird@gmail.com