UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY WILLIAM STORK, | 4:23-CV-04128-RAL |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION TO REOPEN CASE |
| SD STATE PRISON, KELLIE WASKO S.O.C AT PIERRE SD; IN INDIVIDUAL AND OFFICIAL CAPACITY; UNKNOWN OFFICERS, C.O. AT MIKE DURFFY STATE PRISON; IN INDIVIDUAL AND OFFICIAL CAPACITY; UNKNOWN OFFICERS, OFFICER IN CHARGE AT MIKE DURFFY STATE PRISON; IN INDIVIDUAL AND OFFICIAL CAPACITY; UNKNOWN NURSE, NURSE AT MIKE DURFFY STATE PRISON; IN INDIVIDUAL AND OFFICIAL CAPACITY; OFFICER AHRONS, OFFICER WARD, | |
| Defendants. | |

Plaintiff Courtney William Stork filed a Motion to Reopen Case, Docs. 11, 12. This case was dismissed without prejudice on July 2, 2024. See Docs. 9, 10. The case is closed, not subject to being reopened simply because Stork is in a position where he wants to pursue the case. If Stork wishes to pursue claims against the Defendants, he must commence a new civil action. Therefore, it is

ORDERED that Stork's Motion to Reopen Case, Doc. 11, is denied, but the Clerk of Court is directed to send a packet to start a § 1983 case to Stork.

DATED this 17th day of October, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE